Janine K. Jeffery, Esq. CBN 112639
 Jjeffery@reilyjeffery.com
Oren Rosenthal, Esq. CBN 243110
 Orosenthal@reilyjeffery.com
REILY & JEFFERY, INC.
19839 Nordhoff Street
Northridge, California 91324
Telephone: (818) 350-6282
Fax No.: (818) 350-6283

Attorneys for Defendants,
A. VERKOUTEREN, E. MENDOZA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CHRISMAN,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION; R.J. DONOVAN FACILITY; RICHARD HERNANDEZ, individually and his capacity as former Warden; A. VERKOUTEREN, (#53733) individually and his capacity as a Correctional Officer; R. HICE (#72647) individually and his capacity as a Correctional Officer; E. SAMANIEGO (#74724) individually and his capacity as a Correctional Officer; S. WHITE (#77825) individually and his capacity as a Correctional Officer; E. MENDOZA (#74724) individually and his capacity as a Correctional Officer and DOES I-10;<br><br>Defendants. | CASE NO. 11CV0357 AJB (MDD)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

Plaintiff Ronald Chrisman and Defendants Verkouteren and Mendoza ("Defendants") have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(l)(A)(ii).

1

1       There is no prevailing party in this action. Each party shall bear its own litigation costs and attorney's fees.

Dated: January 23, 2014        RIOS AND ASSOCIATES

By   *(signature)*
Ralph R. Rios, Attorney for Plaintiff
E-mail: rmr@rioslaw.com

Dated: January 23, 2014        REILY & JEFFERY, INC.

By   */s/ Janine K. Jeffery*
Janine K. Jeffery, Attorney for Defendants
E-mail: Jjeffery@reilyjeffery.com

# CERTIFICATE OF SERVICE

I, Leslie C. Toledo, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 19839 Nordhoff Street, Northridge, California 91324.

On January 23, 2014, I electronically filed the foregoing documents described as **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the Court's Electronic Court Filing ("ECF") System, which generates a Notice of Electronic Filing (NEF) of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

Ralph R. Rios, Esq.
rmr@rrioslaw.com

Executed on January 23, 2014 at Northridge, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Leslie C. Toledo*
Leslie C. Toledo

1